

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00314-CR

**JUSTIN S. MATTHEWS,**

                                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                            **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2011-1351-C1

## O R D E R

Appellant's Motion for Rehearing En Banc is denied.


                                                PER CURIAM



Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed November 2, 2016